IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD CAPERS,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | No. 12-4780 |
| JEROME WALSH, et al.<br>Respondents. | : | |

### ORDER

J. CURTIS JOYNER, J.

AND NOW, this 5th day of November, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED with prejudice;

3. The request for an evidentiary hearing is DENIED;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
J. CURTIS JOYNER, CHIEF JUDGE

ENTERED
NOV 05 2012
CLERK OF COURT